IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06 CR 316 |
| | ) | |
| ROBERT SKINNER, | ) | Honorable Blanche M. Manning |
| | ) | Judge Presiding |
| Defendant. | ) | |

### DEFENDANT ROBERT SKINNER'S
### MEMORANDUM IN SUPPORT OF
### EXPERT WITNESS REVIEW OF VIDEO TAPE

Defendant, ROBERT SKINNER, has been charged by indictment with violations of 18

U.S.C. 2251(a). The indictment, in substance, charges Defendant with producing a video depicting

Defendant and a minor victim in sexually explicit conduct. Pursuant to Defendant's request, the

Court authorized a psychological evaluation of Defendant and appointed Dr. Eugene Wasyliw to

conduct the evaluation. Following Dr. Wasyliw's initial testing and interview, Defendant, through

his attorney, requested the Government to make available the subject video tape for review by

Defendant's expert. The Government has filed a written response objecting to Defendant's request

and refusing to permit the video tape for review by Defendant's expert.

#### The Government's Objections To Defendant's Request

The Government's refusal is based on 18 U.S.C. 3509 2(A) which prohibits providing a

duplicate copy of pornographic materials, as long as the material is made reasonably available to the

defendant. Subparagraph 2(B) of the statute defines reasonably available as follows:

> "(B) For the purpose of subparagraph (A), property or material shall
> be deemed to be reasonably available to the defendant if the
> Government provides ample opportunity for inspection, viewing,
> and examination at a Government facility of the property or material
> by the defendant, his or her attorney, and any individual the
> defendant may seek to qualify to furnish expert testimony at trial."

The Government's objection to Defendant's request is in clear contravention of the statute. The Government predicates its objection on two bases. Initially, the Government contends that Defendant must show that he will seek to qualify the expert to furnish testimony at trial. There is no such requirement in the statute and the Government cites no authority for this position.

Parenthetically, an expert could not be qualified until he has completed his evaluation, and an evaluation cannot be completed without access to all relevant materials.

The Government's second objection is based upon Defendant's failure to explain to the Court or the Government why the expert needs to see the video. Once again, the statute does not require such an explanation and, in fact, requiring such an explanation would be violative of Defendant and his attorney's work product privilege.

The Government's failure to make available the subject video to Defendant's expert precludes Defendant's right to adequately prepare for trial and, as such, is a violation of Defendant's most fundamental trial rights.

WHEREFORE, Defendant, ROBERT SKINNER, requests the Court enter an order authorizing Defendant's expert's review of the video on Government premises in accordance with 18 U.S.C §3509(m).

Respectfully submitted,

/s/ Donald V. Young
DONALD V. YOUNG

DONALD V. YOUNG
Attorneys for Robert Skinner
20 North Clark Street, Suite 1725
Chicago, Illinois 60602
(312) 332-4034

2

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 06 CR 316 |
| | ) |
| ROBERT SKINNER, | ) Honorable Blanche M. Manning |
| | ) Judge Presiding |
| Defendant. | ) |

## NOTICE OF FILING

To:     Michael Donovan
        Assistant U.S. Attorney
        219 S. Dearborn Street, 5th Floor
        Chicago, Illinois 60604

     On _Feb 14_, 2007, I filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, **DEFENDANT ROBERT SKINNER'S MEMORANDUM IN SUPPORT OF EXPERT WITNESS REVIEW OF VIDEO TAPE** a copy of which is herewith served upon you.

           /s/ Donald V. Young
           DONALD V. YOUNG
           Attorneys for Robert Skinner
           20 North Clark Street, Suite 1725
           Chicago, Illinois 60602
           (312) 332-4034

## CERTIFICATE OF SERVICE

     The undersigned, DONALD V. YOUNG, hereby certifies that the following document: **DEFENDANT ROBERT SKINNER'S MEMORANDUM IN SUPPORT OF EXPERT WITNESS REVIEW OF VIDEO TAPE** was served on _Feb 14_, 2007, in accordance with Fed. R. Civ.P. 5, LR5.5 and the General Order on Electronic Case Filing pursuant to the district court's Electronic Case Filing (ECF) system as to ECF filers.

           /s/ Donald V. Young